**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN LAWRENCE SNOKE, | ) | NO. CV 11-6141-TJH (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 23, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE